# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PAUL N. STREFF,

    Petitioner,

    v.                                             Case No. 07-C-0534

MICHAEL THURMER,

    Respondent.

## ORDER

    The petitioner, Paul N. Streff, who is currently incarcerated at the Waupun Correctional Institution (WCI), seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 31, 2007, the respondent was granted an extension of time to file his answer or other pleading. On August 6, 2007, the court denied the petitioner's request for an extension of time to March 1, 2008, to file his answer brief. The petitioner sought the extension because he is in segregation and will remain in segregation until February 14, 2008. See Petitioner's Letter of August 4, 2007 at 1.

    On August 14, 2007, the petitioner filed two letters with the court, one dated August 6, 2007, and the other dated August 8, 2007. In the August 6, 2007, letter, the petitioner reiterates that he is in solitary confinement and has access to only one pen cartridge a day and has no access to typewriters or computers. The petitioner states that he needs time to file his "return brief" after the respondent files his answer. (Petitioner's Letter of August 6, 2007 at 2).

    In his letter of August 8, 2007, the petitioner asks when his brief in response to the respondent's answer is due. He also seeks other information, including the number of copies of his brief that he must file.

It appears that the petitioner misunderstands the next procedural steps in this habeas case. After the respondent files his answer or other response, the court will review the submission and, if warranted, set a briefing schedule on the petitioner's habeas petition. Therefore, at this stage, the petitioner has no need to file a brief or any other response to the respondent's answer.[1] Also, the petitioner is advised that he need file only one copy of a document with the court. In light of the foregoing, the petitioner's requests for an extension of time are denied.

**NOW, THEREFORE, IT IS ORDERED** that the petitioner's requests for an extension of time are **denied**. (Docket #17 and #18).

Dated at Milwaukee, Wisconsin this 15th day of August, 2007.

BY THE COURT:

s/ Patricia J. Gorence
PATRICIA J. GORENCE
United States Magistrate Judge

---

[1] The petitioner also requests other information in his August 6, 2007, letter. The petitioner must send a copy of any document filed with the Clerk of Court for this district to counsel for the respondent. The petitioner also seeks a copy of his pro se appeal. It is unclear what case the petitioner is referring to since he provides no case number for this "appeal."